| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Orange Peel Enterprises, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  GREENS+** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0386009** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1109 19th Street**<br>**Vero Beach, FL 32960**<br>Number, Street, City, State & ZIP Code<br><br>**Indian River**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.greensplus.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor  **Orange Peel Enterprises, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4244__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Orange Peel Enterprises, Inc.**                                  Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Orange Peel Enterprises, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 9, 2016**
MM / DD / YYYY

**X /s/ Jude A. Deauville**      **Jude A. Deauville**
Signature of authorized representative of debtor      Printed name

Title **CEO**

**18. Signature of attorney**

**X /s/ Bradley S. Shraiberg**      Date **August 9, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Bradley S. Shraiberg**
Printed name

**Shraiberg Ferrara Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800**      Email address **bshraiberg@sfl-pa.com**

**121622**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orange Peel Enterprises, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  9, 2016**          X **/s/ Jude A. Deauville**
                                          Signature of individual signing on behalf of debtor

                                          **Jude A. Deauville**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Orange Peel Enterprises, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alejandro Madrigal 8246 103rd Ave Vero Beach, FL 32967 | | Back Pay | Unliquidated | | | $320.00 |
| Alternative Labs 2190 Kirkwood Ave Naples, FL 34112 | | Invoices Deposits to creditor | Contingent Disputed | | | $158,172.28 |
| Antonio Boles 357 Melrose Place Sebastian, FL 32958 | | | Unliquidated | | | $205.00 |
| Betty Lou's Inc. PO Box 537 McMinnville, OR 97128 | | Invoices | Unliquidated | | | $700,174.68 |
| Brickell Bay Management PO Box 121025 Melbourne, FL 32912 | | Professional Services | Unliquidated | | | $30,000.00 |
| DiSalvo & Associates, P.A. 1760 N. Job Road, Suite 150 West Palm Beach, FL 33411 | | Professional Services | Unliquidated | | | $1,250.00 |
| Environmental Research Center 3111 Camino del Rio N., Suite 400 San Diego, CA 92108 | | Lawsuit | Unliquidated Disputed | | | $194,000,000.00 |
| Florida Department of Revenue P.O. Box 6668 Tallahassee, FL 32314-6668 | | For Information Purposes | | | | Unknown |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **Orange Peel Enterprises, Inc.**　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GlobalTranz Ent, Inc.**<br>PO Box 203285<br>Dallas, TX 75320-3285 | | Invoices | Unliquidated | | | $17,538.48 |
| **Internal Revenue Service**<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | | For Information Purposes | | | | Unknown |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19114 | | For Information Purposes | | | | Unknown |
| **Lauren Bevins**<br>5405 Myrtle Drive<br>Fort Pierce, FL 34982 | | Back Pay | Unliquidated | | | $304.00 |
| **LuAnne Fitzgerald**<br>1211 Brigadoon Street<br>Sebastian, FL 32958 | | Back Pay | Unliquidated | | | $442.00 |
| **Nason Yeager Gerson White & Lioce**<br>3001 PGA Blvd, Ste 305<br>Palm Beach Gardens, FL 33410 | | Legal Services | | | | $38,092.73 |
| **National Sales Associates, LLC**<br>PO Box 547<br>Stroudsburg, PA 18360 | | Lawsuit | Disputed | | | $100,000.00 |
| **Office of Attorney General**<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | | For Information Purposes | | | | Unknown |
| **The Lani Deauville Family Trust**<br>11555 Roseland Rd<br>Sebastian, FL 32958 | | Note | Unliquidated | | | $1,281,200.00 |
| **Time Payment Corp.**<br>PO Box 643749<br>Pittsburgh, PA 15264-3749 | | 2 Water Filter Leases | Unliquidated | $296.27 | $0.00 | $296.27 |

Debtor **Orange Peel Enterprises, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Bancorp Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258** | | **2 Copier Leases** | **Unliquidated** | $7,646.74 | $0.00 | $7,646.74 |
| **Wells Fargo Bank, N.A.<br>PO Box 6426<br>Carol Stream, IL 60197-6426** | | **Invoice** | **Unliquidated** | | | $6,095.54 |

Official form 204 　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims 　　　page 3

# United States Bankruptcy Court
## Southern District of Florida

In re  **Orange Peel Enterprises, Inc.**                                    Case No.
                         Debtor(s)                                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 9, 2016**                          **/s/ Jude A. Deauville**
                                                    **Jude A. Deauville**/**CEO**
                                                    Signer/Title

```
Alejandro Madrigal
8246 103rd Ave
Vero Beach, FL 32967


Alternative Labs
2190 Kirkwood Ave
Naples, FL 34112


Antonio Boles
357 Melrose Place
Sebastian, FL 32958


Bambi Lowenstein
690 Timber Ridge Trail, Unit 102
Vero Beach, FL 32962


Betty Lou's Inc.
PO Box 537
McMinnville, OR 97128


Brickell Bay Management
PO Box 121025
Melbourne, FL 32912


Comcast
PO Box 105184
Atlanta, GA 30348-5184


DiSalvo & Associates, P.A.
1760 N. Job Road, Suite 150
West Palm Beach, FL 33411


Environmental Research Center
3111 Camino del Rio N., Suite 400
San Diego, CA 92108


Environmental Research Center
c/o Tanya Gulesserian, Christina Caro
Adams Broadwell Joseph & Cardozo
601 Gateway Blvd, Suite 1000
South San Francisco, CA 94080


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668
```

```
GlobalTranz Ent, Inc.
PO Box 203285
Dallas, TX 75320-3285


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


John Schenck
495 23rd Ave
Vero Beach, FL 32962


Jude A. Deauville
11555 Roseland Rd
Sebastian, FL 32958


Jude Deauville
11555 Roseland Rd
Sebastian, FL 32958


Lauren Bevins
5405 Myrtle Drive
Fort Pierce, FL 34982


LuAnne Fitzgerald
1211 Brigadoon Street
Sebastian, FL 32958


Nason Yeager Gerson White & Lioce
3001 PGA Blvd, Ste 305
Palm Beach Gardens, FL 33410


National Sales Associates, LLC
PO Box 547
Stroudsburg, PA 18360
```

National Sales Associates, LLC
c/o David Glassberg, Esq.
Glassberg and Glassberg, PA
13611 S. Dixie Hwy #109-514
Miami, FL 33179


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


SF Properties/19 Street Group, LLC
Care of Lambert
2945 320th Street
Vero Beach, FL 32960


The Lani Deauville Family Trust
11555 Roseland Rd
Sebastian, FL 32958


Time Payment
PO Box 643749
Pittsburgh, PA 15264-3749


Time Payment Corp.
PO Box 643749
Pittsburgh, PA 15264-3749


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

```
US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


US Bancorp Equipment Finance
1310 Madrid Street
Marshall, MN 56258


US Bancorp Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448


Wells Fargo Bank, N.A.
PO Box 6426
Carol Stream, IL 60197-6426


Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950
```