# United States Bankruptcy Court
## Southern District of Florida

In re **Orange Peel Enterprises, Inc.**      Case No. **16-21023**
Debtor(s)      Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jude A. Deauville<br>11555 Roseland Rd<br>Sebastian, FL 32958 | | | 100% Stockholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 9, 2016**      Signature **/s/ Jude A. Deauville**
                                                                                       **Jude A. Deauville**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.