UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.                     Chapter 11

      Debtor.                                        Case No. 16-21023-EPK

_____/

## CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the debtor-in-possession, Orange Peel Enterprises, Inc. d/b/a GREENS+ (the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

      The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

    1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **August 9, 2016**

    2.    Names, case numbers and dates of filing of related debtors:  **Not Applicable.**

    3.    Description of Debtor's business:  **The Debtor is a Florida corporation that formulates, manufactures, sells, and distributes health food products and supplements.**

    4.    Locations of debtor's operations and whether the business premises are leased or owned: **The Debtor's principal address is 1109 19th Street, Vero Beach, Florida 32960. The Debtor leases the Real Property located at 1109 19th Street, Vero Beach, Florida 32960.**

    5.    Reasons for filing chapter 11: **The Debtor has been operating for over 28 years. Approximately 2 years prior to filing, the Debtor's net operating income suffered dramatic reductions. It became apparent to the Debtor that it needed to change management and it removed 2 officers. As the Debtor was recovering, it was served within one week with 2 lawsuits that it vehemently believes lack merit. Unfortunately, the Debtor did not have the resources from operations to adequately defend the lawsuits and filed the instant bankruptcy case.**

    6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:  **The Debtor's owners, officers, and directors are as follows: Jude Deauville (100% - CEO/Stockholder); Bambi Lowenstein (0% - President); and John Schenck (0% - Executive Vice President). During the one year period prior to the Petition Date, Jude Deauville received salary and benefits totaling $228,884.43; Bambi Lowenstein received salary and benefits during the one year period prior to the Petition Date totaling $9,222.28; and John Schenck received salary and benefits during the one year period prior to the Petition Date totaling $51,243.00.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **The Debtor's estimated gross income from July 1, 2015 through June 30, 2016 was approximately $5,604,236.61 and from July 1, 2016 to the August 9, 2016 filing date, it was approximately $373,277.42.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:
        i. **See Schedule E**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:
        i. **The Debtor estimates the secured claim of Time Payment Corp. totals $296.27. Upon information and belief, Time Payment Corp. has a lien on 2 water filter leases.**
        ii. **The Debtor estimates the secured claim of US Bancorp Equipment Finance totals $7,646.74 and has a lien on 2 copier leases.**

    c. Amount of unsecured non-priority claims: **$196,685,066.48, though a majority is disputed.**

9. General description and approximate value of the debtor's assets:
    a. **Deposit: Alternative Labs - Unknown**
    b. **Raw Materials: Powder Raw Materials at Alternative Labs - $180,000.00**
    c. **Other inventory or supplies: Pallet Racks - $3,600.00**
    d. **Office Furniture: Desks, chairs, file cabinets, tables, copier - $2,750.00**
    e. **Office Equipment: Phones, computers, software - $3,000.00**
    f. **Automobiles: Forklift - $13,900.00**
    g. **Patents, copyrights, trademarks: GREENS+ IP Portfolio (Includes greensplus.com, customer and mailing lists, formulations, goodwill) - $3,500,000.00 (this amount comes from a 2015 appraisal)**
    h. **Patents, copyrights, trademarks: Canadian License - $0.00**

**\*Debtor is still completing schedules. All amounts are estimates.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.  **The Debtor has the following policies:**

| Insurer | Type of Policy | Policy #/Group # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---------|----------------|------------------|--------------------|-------------------------|---------------------------|
| Iron Shore Insurance Co. | General Liability | 2634900 | | Yes | 1/18/2017 |
| Lloyds of London | Property | 00742/AML001 | $300K Property/$75K Income | Yes | 9/25/2016 |
| Kinsdale Insurance Co. | Life Sciences Excess Liability | 0100035128-0 | $5M/Occurrence,$5M annual Aggregate | Yes | 1/18/2017 |
| Illinois National Insurance Company | Workers Comp | 15722001 | $1M  each accident/each employee | Yes | 1/1/2017 |
| State of Florida | State Unemployment | N/A | State Required Coverage | Yes | Cont. |
| United States of America | Federal Unemployment | N/A | Federal Required Coverage | Yes | Cont. |
| BCFL PPO Blue OP 05771-Florida Blue | Medical | 98801 | $1M Lifetime Limit | Yes | 12/31/2016 |
| BCFL HMO Blue Care 62-Florida Blue | Medical | 98801 | $1M Lifetime Limit | Yes | 12/31/2016 |
| BCFL PPO Blue Opts 05782-Florida Blue | Medical | 98801 | $1M Lifetime Limit | Yes | 12/31/2015 |
| Humana Indemnity | Dental | CD4888 | Varies with policy | Yes | 12/31/2016 |
| Humana DMO | Dental | 15066 | Varies with policy | Yes | 12/31/2016 |
| ECPA | Vision | 9755810 | Varies with policy | Yes | 12/31/2016 |

11.    Number of employees and amounts of wages owed as of Petition Date:  **As of the Petition Date, the Debtor had seven (7) employees and the aggregate wages owed to the employees as of the Petition Date are listed on Schedule E.**

12.    Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):  **The Debtor's prepetition payroll tax obligations total $0.00 and the Debtor's prepetition sales tax obligations total $0.00.**

13.    Anticipated relief to be requested within 14 days from the petition date:

    (i)    **Application to Employ Shraiberg, Ferrara, Landau & Page, P.A. as General Bankruptcy Counsel.**

    (ii)    **Motion for Authority to Pay Prepetition Wage Obligations.**

14.     Ownership structure of the Debtor:   **Florida Corporation; Jude A. Deauville is 100% shareholder.**

**ORANGE PEEL ENTERPRISES, INC.**

By: _____

    Jude A. Deauville, CEO

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 12th day of August, 2016.

Respectfully Submitted,

**SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bshraiberg@sfl-pa.com

By:    /s/ Bradley S. Shraiberg
        Bradley S. Shraiberg
        Florida Bar. No. 121622