UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.                Chapter 11

    Debtor.                                                          Case No. 16-21023-EPK
_____/

### DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PREPETITION INDEPENDENT CONTRACTOR COMPENSATION

Debtor Orange Peel Enterprises, Inc. (the "Debtor"), by and through its undersigned counsel and pursuant to 11 U.S.C. §§ 105, 507, 1107, and 1108, requests Court authorization to pay prepetition compensation to independent contractors in the aggregate amount of $16,459.46. In support of its Motion, the Debtor respectfully states as follows:

### BACKGROUND

1. On August 9, 2016, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Pursuant to Bankruptcy Code §§ 1107(a) and 1108, the Debtor is operating its business and managing its affairs as a debtor in possession. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this Chapter 11 case.

2. The Debtor is in the business of formulation, manufacture, and wholesale distribution of health food products and supplements under the Greens+ brand. In order to build and maintain relationships with retail vendors, the Debtor has engaged twelve independent contractor sales representatives.

3. As to these sales representatives, the Debtor owes pre-petition July 2016 commissions in the aggregate amount of $16,459.46. None of these twelve sales representatives is owed more than $2,660.48.

{2081/000/00343057}

## RELIEF REQUESTED AND LEGAL BASIS

4. By this Motion, the Debtor seeks authority under §§ 105(a), 507(a)(4), 1107(a), and 1108 of the Bankruptcy Code to pay the amounts owed to each independent contractor sales representative listed on **Exhibit A** attached this Motion, with such payments totaling $16,459.46 in the aggregate.

5. Section 105(a) of the Bankruptcy Code provides, in part, that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a). Under section 105(a) and the 'necessity of payment' doctrine, the Court has the equitable power to authorize a chapter 11 corporate debtor-in-possession to pay prepetition employee wages, salaries, benefits, and employee business expense reimbursements that are essential to the continued operation of the debtor-in-possession. *See In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175-77 (Bankr. S.D.N.Y. 1989); *see also In re Equalnet Communications Corp.*, 258 B.R. 368, 370-71 (Bankr. S.D. Tex. 2000) (permitting the debtor's payment of contract employee's prepetition compensation claim).

6. Moreover, the Debtor believes that the majority of the prepetition amounts it seeks to pay are entitled to priority claim status under § 507(a)(4) of the Bankruptcy Code. Authorizing the Debtor to make these payments at this time will likely affect only the timing of such payments.

7. Courts have repeatedly recognized the importance of a debtor's employees to its reorganization and the severe harm to employees that can arise if motions such as this one are not granted. *In re Braniff, Inc.*, 218 B.R. 628, 633 (Bankr. M.D. Fla. 1998) (approving payment of prepetition employee wage claims due to the vital role the employees play to the debtor's reorganization). Courts have regularly granted motions to pay prepetition employee wages and honor employee benefits when the employees' continued efforts are necessary to the debtor's

effective reorganization. *See, e.g.*, *In re Atlas Air Worldwide Holdings, Inc.*, Chapter 11 Case No. 04-10792-BKC-RAM (Bankr. S.D. Fla. February 6, 2004) (Mark, J.) (order Granting Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Salaries); *In re US Airways Group, Inc.*, Chapter 11 Case No. 02-83984 (Bankr. E.D. Va. August 12, 2002) (Mayer, J.) (order Authorizing the Debtor to Pay Prepetition Salaries, Wages, and Benefits); *In re Fine Air Servs. Corp.*, Chapter 11 Case No. 00-18671-BKC-AJC (Bankr. S.D. Fla. Sept. 29, 2000 (Cristol, J.) (order Authorizing the Debtors to Honor Obligations to Their Employees).

8. The value of the Debtor's business depends on its ability to retain its existing skilled, knowledgeable, and dedicated sales team. Absent the relief requested herein, the twelve sales representatives owed pre-petition compensation will suffer undue hardship because the funds requested to be paid are needed to enable said sales representatives to meet their financial obligations. If the requested relief is not granted, many of the sales representatives will cease their relationship with the Debtor, thereby impairing the value of the Debtor's business as a going concern, which will ultimately harm the Estate's creditors. Accordingly, it is critical that any hardship and disruption caused by this Chapter 11 proceeding be minimized in order to preserve morale and maintain the Debtor's sales force.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order: (a) authorizing the Debtor to pay prepetition compensation to the twelve sales representatives listed on Exhibit A to this Motion, in the amounts set forth on Exhibit A; and (b) granting all further relief that the Court deems just and proper.

Respectfully Submitted,

**SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.**
Attorneys for Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:  */s/ Bradley S. Shraiberg*
       Bradley S. Shraiberg
       Florida Bar No. 121622
       bshraiberg@sfl-pa.com
       Eric Pendergraft
       Florida Bar No. 91927
       ependergraft@sfl-pa.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on August 17, 2016.

   */s/ Bradley S. Shraiberg*

# Exhibit A

COMMISSION SUMMARY REPORT AND CHECK REQUEST
JULY 2016 COMMISSION

| SALES REP | COMPANY NAME | COMMISSION $ | DESCRIPTION |
|---|---|---|---|
| JEFF MANNING | JEFFREY F. MANNING BLUE SKY REPRESENTATION | $ 2,400.00 | FIELD SALES REP FOR SOUTH AND MID ATLANTIC |
| SUMMER RATHSWOHL | SUMMER'S SPECIALTIES, INC | $ 2,200.00 | FIELD SALES REP FOR SOUTHERN CALIFORNIA |
| RYAN SCHIERTS | EARTH'S ELEMENTS LLC | $ 1,500.00 | FIELD SALES REP FOR IL, ND, SD, MN, IA, IN, MI, WI, MO NE, KS |
| STEVEN COHEN | THE TORTOISE AND ROOSTER TRADING CO.,LLC | $ 1,500.00 | FIELD SALES REP FOR NY, NJ, S.CT, |
| MIKE HORNFELD | MICHAEL HORNFELD | $ 727.86 | FLORIDA 9 COUNTIES |
| CHRIS DE SENZO | AXIOM NATURAL SALES, LLC | $ 2,660.48 | FLORIDA ALL BUT 9 COUNTIES |
| JOANN KOSEK | NATURAL SALES NW, LLC | $ 1,250.00 | FIELD SALES REP FORWA, OR, ID, MT |
| GEORGE LAKE | GEORGE LAKE | $ 156.94 | FIELD SALES REP FOR VT, ME, NH, RI MA, N. CT |
| GLENN MORGAN | UNITED SALES AND SERVICES, LLC | $ 1,267.18 | FIELD SALES REP FOR CO, NM, JAZ, NV, UT, WY, OK, TX, LA, AR, MS |
| TARA BRENNING | LUNA SALES & MARKETING | $ 500.00 | FIELD SALES REP FOR OH , KY |
| CARLA LAIL | ALL ABOUT YOU | $ 1,000.00 | FIELD SALES REP MERCHANDIZING/DEMOS |
| TIM DUNCKLEE | ABSOLUTE NETWORKS, INC | $ 1,297.00 | ECOMMERCE SALES REP |

TOTAL COMMISSION        $ 16,459.46