B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Orange Peel Enterprises, Inc.**             Case No.    **16-21023**
                               Debtor(s)                       Chapter      **11**

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF ORANGE PEEL ENTERPRISES, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **August 18, 2016** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of **Orange Peel Enterprises, Inc.** holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| None | None | None |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of **Orange Peel Enterprises, Inc.** holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:    **August 18, 2016**

_/s/ Jude A. Deauville_
Signature of Authorized Individual

**Jude A. Deauville**
Name of Authorized Individual

**CEO**
Title of Authorized Individual