UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.                    Chapter 11

    Debtor.                                              Case No. 16-21023

_____/

## DEBTOR'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS

**COMES NOW** Orange Peel Enterprises, Inc., Debtor-In-Possession, ("Debtor") pursuant to Local Rule 2081-1(A), having filed its Chapter 11 Voluntary Petition on August 9, 2016 files its Payroll and Sales Tax Reports as follows:

***PAYROLL TAXES***: Employees are leased from PayChex HR Solutions PEO, tax liabilities are deposited by PayChex HR Solutions PEO weekly. Cash deposit schedules are attached.

I.     Payroll taxes accrued for 1st month prior to filing: ___5,142.67___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid: _5,142.67___
      Place of Payment: EFT

II.    Payroll taxes accrued for 2nd month prior to filing: ___6,368.51___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid:___6,368.51___
      Place of Payment:EFT

III.   Payroll taxes accrued for 3rd month prior to filing: ___5,201.56___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid:__5,201.56___
      Place of Payment: _EFT_

IV.   Payroll taxes accrued for 4th month prior to filing: ___7,305.19___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid:__7,305.19___
      Place of Payment:

V.    Payroll taxes accrued for 5th month prior to filing: ___16,522.56___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid:__16,522.56___
      Place of Payment: EFT

VI.   Payroll taxes accrued for 6th month prior to filing: ___12,917.20___
      Date Paid: _Weekly by PayChex PEO_ Amount Paid:__12,917.20___
      Place of Payment: EFT

VII.  Amount still due and owing for six month period preceding filing:    $    0

VIII. Amount still due and owing for earlier periods:    $    0

{2081/000/00343349}

**_SALES TAXES_**: Sales tax paid biannually for Jan-June. Copy of Sales Tax Deposit is attached.

I.     Gross Sales subject to Sales Tax for 1st month prior to filing: $____0_____
       Sales taxes accrued for 1st month prior to filing:       $____0_____
       Date paid:_____ Amount Paid: $_____
       Place of Payment:_____

II.    Gross Sales subject to Sales Tax for 2nd month prior to filing: $____0_____
       Sales taxes accrued for 2nd month prior to filing:      $____-5.88 (credit)_____
       Date paid:_____ Amount Paid: $_____
       Place of Payment:_____

III.   Gross Sales subject to Sales Tax for 3rd month prior to filing: $____104.43_____
IV.   Sales taxes accrued for 3rd month prior to filing:      $____7.31_____
       Date paid:_7/5/2016_____ Amount Paid: $____9.86___
       Place of Payment:____EFT-Wells Fargo-Florida_____

V.     Gross Sales subject to Sales Tax for 4th month prior to filing: $____51.86_____
       Sales taxes accrued for 4th month prior to filing:      $____3.63_____
       Date paid: 7/5/2016_____ Amount Paid:__9.86___
       Place of Payment:____EFT-Wells Fargo-Florida____

VI.    Gross Sales subject to Sales Tax for 5th month prior to filing: $____0_____
       Sales taxes accrued for 5th month prior to filing:      $____0_____
       Date paid:_____Amount Paid: $_____
       Place of Payment:_____

VII.   Gross Sales subject to Sales Tax for 6th month prior to filing: $____0_____
       Sales taxes accrued for 6th month prior to filing:      $____0_____
       Date paid:_____ Amount Paid: $_____
       Place of Payment:_____

VIII.  Amount still due and owing for six month period preceding filing: $____0____

VIII.  Amount still due and owing for earlier periods:      $____0____

     Attached are copies of proof of all payments made for payroll taxes and sales taxes for the six (6) months preceding the filing date.

     I, **Jude A. Deauville**, CEO of Orange Peel Enterprises, Inc., declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief,

Date: _8/24/16_____       By:_____

A certificate of service complying with Local Rules 2002-1(F) and 2081-1(A)(3) reflecting service on the U.S. Trustee, the Internal Revenue Service, the Florida Department of Revenue and any other taxing authority named in the report must accompany the filing of this document.

{2081/000/00343349}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class U.S. Mail to the parties listed on the attached Service List on the 24th day of August, 2016.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@sflp.law

By:  */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar. No. 121622

{4209/000/00343860}

## Service List

Securities and Exchange Commission
Miami Regional Office
Eric Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

SEC Headquarters
100 F Street, NE
Washington, DC 20549

U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130-1614

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington DC 20530-0001

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

US Attorney Southern District of Florida
500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401

Internal Revenue Service
Attn: Special Procedures
Centralized Insolvency Operations
P.O. Box 34045
Stop 572
Philadelphia PA 19114-0326

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

{4209/000/00343860}