UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.　　　　　　　Chapter 11

　　Debtor.　　　　　　　　　　　　　　　　　Case No.: 16-21023-EPK
_____/

### NOTICE OF FILING

Orange Peel Enterprises, Inc. (the "Debtor"), by and through undersigned counsel, hereby files the attached (a) monthly income statement for month ended August 31, 2016; (b) balance sheet as of August 31, 2016; and (c) monthly income statement for twelve months ended June 30, 2016.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on this the 27th day of September, 2016.

　　　　　　　　　　　　　　　　SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.
　　　　　　　　　　　　　　　　Attorneys for the Debtor
　　　　　　　　　　　　　　　　2385 NW Executive Center Drive, #300
　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　Telephone: 561-443-0800
　　　　　　　　　　　　　　　　Facsimile: 561-998-0047
　　　　　　　　　　　　　　　　Email: ependergraft@sfl-pa.com

　　　　　　　　　　　　　　　By: _/s/ Eric Pendergraft_
　　　　　　　　　　　　　　　　　Eric Pendergraft
　　　　　　　　　　　　　　　　　Florida Bar. No. 91927

{2081/000/00346906}

# Exhibit A

{2081/000/00346906}

## *ORANGE PEEL ENTERPRISES INC.*
*MONTHLY INCOME STATEMENT*
*For Month Ended August 31, 2016*
F.Y. Ended 6/30/2017

|  | 2016 | August |
|---|---|---|
| **REVENUES** | | |
| PRODUCT SALES | 30000 | 307,363.20 |
| | | |
| SALES DISCOUNTS ALLOWED | 30500 | (6,204.14) |
| PURCHASE DISCOUNTS TAKEN | 40500 | (3,827.21) |
| PURCHASE DISCOUNTS | | (10,031.35) |
| | | |
| VITAMIN SHOPPE - MARKDOWN ALLOWANC | 92050 | (1,599.16) |
| UNFI CHARGEBACKS | 92130 | (1,648.54) |
| UNFI-NEW STORE DEDUCTION | 91701 | (856.22) |
| VITAMIN SHOPPE - RETURN TRUE-UP | 92011 | (14,632.11) |
| WEB DISCOUNT EXPENSE | 92150 | (287.30) |
| | | (19,023.33) |
| | | |
| CREDIT CARD PROCESSING FEES | 81550 | (3,855.48) |
| **NET REVENUES** | | **274,453.04** |
| | | |
| **COST OF GOODS SOLD** | | |
| COST OF GOODS SOLD | 40000 | 189,723.13 |
| OUT OF DATE INVENTORY | 92100 | |
| SPOILS | 92300 | 161.17 |
| DAMAGES EXPENSE | 91700 | |
| **TOTAL COST OF GOODS SOLD** | | **189,884.30** |
| | | |
| **GROSS PROFIT** | | **84,568.74** |
| | | |
| **DIRECT SELLING EXPENSES** | | |
| FREIGHT OUT - CORPORATE - OREGON | 40400 | |
| FREIGHT OUT - CORPORATE - VERO | 40401 | 1,471.97 |
| FREIGHT OUT - SMALL PACKAGE - OREGON | 40405 | (1,097.90) |
| FREIGHT OUT - SMALL PACKAGE - VERO | 40406 | |
| COMMISSIONS | 81620 | 15,202.35 |
| COMMISSIONS - INTERNET SALES | 81621 | 1,297.00 |
| | | 16,873.42 |
| | | |
| **OPERATING MARGIN** | | **67,695.32** |

## OPERATING EXPENSES

### SALES & MARKETING

| | | |
|---|---|---:|
| PAYROLL AND TAXES - SALES & MARKETING | 80300 | 9,977.10 |
| INSURANCE: GROUP MEDICAL | 81750 | 840.00 |
| INSURANCE - W/C | 81732 | 15.45 |
| ADVERTISING - TRADE | 81120 | 90.00 |
| DEMOS | 90541 | 1,000.00 |
| SAMPLES | 91600 | 33.16 |
| MERCHANDISING | 90302 | 2,000.00 |
| TRAVEL | 91313 | 75.00 |
| | | ---------------------- |
| | | 14,030.71 |
| | | ---------------------- |

### WAREHOUSE & SHIPPING

| | | |
|---|---|---:|
| WAGES: WAREHOUSE & SHIPPING | 80400 | 4,298.25 |
| INSURANCE - W/C | 81733 | 117.48 |
| EMPLOYER IRA EXPENSE | 80924 | 140.00 |
| POSTAGE | 89230 | |
| PRINTING | 89250 | |
| RENT: BUILDING | 90050 | 2,766.59 |
| REPAIR AND MAINTENANCE: EQUIP | 90120 | |
| SUPPLIES: SHIPPING | 90624 | |
| UTILITIES | 91530 | |
| | | ---------------------- |
| | | 7,322.32 |
| | | ---------------------- |

### GENERAL & ADMINISTRATIVE

| | | |
|---|---|---:|
| WAGES: GENERAL & ADMINISTRATIVE | 80150 | 34,947.73 |
| INSURANCE: GROUP MEDICAL | 81752 | 1,451.55 |
| INSURANCE - W/C | 81734 | 105.70 |
| EMPLOYER IRA EXPENSE | 80925 | 568.55 |
| BAD DEBT EXPENSE | 81520 | |
| SERVICE CHARGE | 81560 | 292.35 |
| COMPUTER: INTERNET SERVICES | 81615 | |
| INSURANCE: BUSINESS | 81730 | |
| INSURANCE: COMM UMBRELLA LIAB | 81740 | |
| LEASE - COPIERS | 87120 | 179.36 |
| PEST CONTROL | 90160 | 51.36 |
| PROF FEES - COMPUTER SYSTEMS | 89310 | |
| PROF FEES: LABORATORIES | 89370 | 180.00 |
| PROF FEES: LEGAL | 89320 | 1,500.00 |
| PROF FEES: OTHER | 89350 | |
| PROF FEES - PAYROLL PROCESSING | 89360 | 1,323.10 |
| REPAIR AND MAINTENANCE: OFFIC | 90130 | 939.86 |
| SUPPLIES: OFFICE | 90610 | 417.86 |
| TELEPHONE: OFFICE | 91100 | |
| TELEPHONE: CELL PHONES | 91101 | |
| | | ---------------------- |
| | | 41,957.42 |
| | | ---------------------- |

| | | |
|---|---|---:|
| **TOTAL OPERATING EXPENSES** | | 63,310.45 |
| | | ----------------------- |
| **OPERATING PROFIT** | | 4,384.87 |
| OTHER INCOME | 30900 | 2,841.09 |
| INTEREST EXPENSE | 85100 | (5,558.00) |
| | | ----------------------- |
| **TOTAL OTHER INCOME (EXPENSES)** | | **(2,716.91)** |
| | | ----------------------- |
| **PROFIT (LOSS) BEFORE INCOME TAXES** | | **1,667.96** |
| PROVISION FOR FEDERAL INCOME TAXES | 91066 | |
| PROVISION FOR STATE INCOME TAXES | 91067 | |
| | | ----------------------- |
| **PROVISION FOR INCOME TAXES** | | |
| | | ----------------------- |
| **NET PROFIT (LOSS)** | | **1,667.96** |
| | | ============ |

# Exhibit B

# ORANGE PEEL ENTERPRISES INC.
## BALANCE SHEET
### as of August 31, 2016

|  | GL # | 8/31/2016 |
|---|---|---|
| **ASSETS** | | |
| DIP Operating Acct 8070852721 | 10040 | 87,255.27 |
| DIP Merchant Cr Cd Acct 8070852747 | 10000 | 38,320.06 |
| DIP Internet Cr Cd Acct 8070852739 | 10010 | 9,471.30 |
| Pre-Petition Operating Acct 2000057897400 | 10040 | 3,000.00 |
| Pre-Petition Merchant Credit Card Acct 21582425543 | 10000 | 3,379.44 |
| Pre-Petition Internet Cr Cd Acct | 10010 | - |
| Petty cash - Vero Beach | 10200 | 49.97 |
| **CASH** | | 141,476.04 |
| Trade receivables | 11000 | 419,036.33 |
| Allowance for doubtful accounts | 11010 | ( 133,673.71 ) |
| **ACCOUNTS RECEIVABLE** | | 285,362.62 |
| **INVENTORIES** | 13000 to 1: | 382,083.59 |
| Materials deposits | 12000 | 240,222.00 |
| **OTHER CURRENT ASSETS** | | 240,222.00 |
| Furnitures and fixtures | 15025 | 90,005.59 |
| Equipment | 15150 | 48,913.00 |
| Leasehold improvements | 15200 | 343,228.68 |
| Automobiles | 15100 | 11,585.00 |
| **PROPERTY, PLANT & EQUIPMENT** | | 493,732.27 |
| Accumulated depreciation - Furniture and fixtures | 16010 | ( 89,949.59 ) |
| Accumulated depreciation - Equipment | 16030 | ( 47,707.00 ) |
| Accumulated depreciation - Leasehold improvements | 16040 | ( 280,724.00 ) |
| Accumulated depreciation - Automobiles | 16020 | ( 11,585.00 ) |
| **ACCUMULATED DEPRECIATION** | | ( 429,965.59 ) |
| Capitalized legal costs | 15450 | 69,131.61 |
| Organization costs | 15400 | 506.25 |
| **ORGANIZATION COSTS** | | 69,637.86 |
| **ACCUMULATED AMORTIZATION** | 16060 | ( 69,639.17 ) |
| **DEPOSITS** | 18080 | 1,500.00 |
| **TOTAL ASSETS** | | 1,114,409.62 |

LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---:|
| N/P: STOCK REDEMPTION | 22350 | 1,270,878.26 |
| Accounts payable | 22100 | 824,059.35 |
| Accounts payable - accrued receipts | 22110 | - |
| | | |
| ACCOUNTS PAYABLE | | 2,094,937.61 |
| | | |
| Sales tax payable | 22400 | - |
| | | |
| OTHER CURRENT LIABILITIES | | - |
| | | |
| COMMON STOCK | 28000 | 500.00 |
| TREASURY STOCK | 28050 | ( 1,383,197.00 ) |
| ADDITIONAL PAID IN CAPITAL/LON FROM OFFICE | 28100 | 855,858.40 |
| | | |
| RETAINED EARNINGS - BEGINNING | 28500 | ( 455,357.35 ) |
| | | |
| CURRENT INCOME | 29900 to 9! | 1,667.96 |
| | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | | 1,114,409.62    - |

# Exhibit C

**ORANGE PEEL ENTERPRISES INC.**
MONTHLY INCOME STATEMENT
For the Twelve Months Ended June 30, 2016

| | | July | August | September | October | November | December | January | February | March | April | May | June | **Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***REVENUES*** | | | | | | | | | | | | | | |
| PRODUCT SALES | 30000 | $659,592.61 | $564,910.84 | $515,483.38 | $606,813.03 | $488,770.70 | $484,260.31 | $413,492.40 | $517,731.98 | $464,336.63 | $453,357.87 | $515,005.08 | $361,871.58 | $6,045,626.41 |
| SALES DISCOUNTS ALLOWED | 30500 | (13,474.69) | (12,748.06) | (8,082.18) | (13,546.25) | (7,373.84) | (9,194.53) | (9,238.43) | (4,975.62) | (12,869.63) | (7,854.26) | (20,427.36) | (7,501.68) | (127,286.53) |
| PURCHASE DISCOUNTS TAKEN | 40500 | (8,073.53) | (9,456.63) | (5,205.38) | (8,810.50) | (3,803.20) | (8,974.63) | (5,169.94) | (5,620.97) | (5,459.97) | (6,901.79) | (4,077.90) | (6,664.90) | (78,219.34) |
| PURCHASE DISCOUNTS | | (21,548.22) | (22,204.69) | (13,287.56) | (22,356.75) | (11,177.04) | (18,169.16) | (14,408.37) | (10,596.59) | (18,329.60) | (14,756.05) | (24,505.26) | (14,166.58) | (205,505.87) |
| COUPON - SCANDOWN - EARTHFARE | 30600 | (367.00) | | (3,369.89) | (315.00) | (140.00) | (204.10) | | | | | (142.56) | | (4,538.55) |
| FREE-FILL EARTHFARE | 31556 | (2,661.45) | 1,139.50 | 1,219.50 | 907.77 | | | | | (364.95) | (243.30) | | | (2.93) |
| VITAMIN SHOPPE - MARKDOWN ALLOWANC | 92050 | (1,834.10) | (1,138.86) | (1,713.33) | (1,238.53) | (1,159.96) | (2,136.52) | (2,815.51) | (2,465.43) | (2,505.37) | | (4,317.70) | | (21,325.31) |
| VITAMIN SHOPPE - NEW STORE DEDUCTION | 92000 | (1,465.75) | (1,602.06) | (797.16) | (1,209.21) | (933.15) | | (425.44) | (804.48) | (164.67) | | | (614.12) | (6,621.45) |
| UNFI CHARGEBACKS | 92130 | (1,456.04) | (502.86) | (1,528.77) | (141.55) | (416.11) | | | | | (924.28) | (2,133.41) | (1,789.59) | (10,287.20) |
| UNFI-NEW STORE DEDUCTION | 91701 | (6,412.44) | (12,986.11) | (3,985.21) | (4,979.79) | (646.97) | (1,300.66) | (624.33) | (582.38) | (190.73) | (600.00) | (23.58) | (414.53) | (32,746.73) |
| VITAMIN SHOPPE - SCAN DOWN PROMOTIO | 92010 | (19,932.50) | (4,238.00) | (19,257.00) | (12,117.50) | (3,930.00) | (9,450.00) | (6,712.20) | (4,175.00) | (13,584.00) | | (13,098.00) | | (106,494.20) |
| VITAMIN SHOPPE - RETURN TRUE-UP | 92011 | | (19,153.16) | | | (19,293.41) | | | (18,293.20) | | | (22,153.31) | | (78,893.08) |
| WEB DISCOUNT EXPENSE | 92150 | (259.63) | (25.36) | (1,597.99) | (962.83) | (25.08) | (659.30) | | | (3.58) | (277.64) | (343.72) | (282.61) | (4,437.74) |
| MARKETING ALLOWANCE | 92272 | | | (97.92) | | | | | (513.83) | | | | | (611.75) |
| | | (34,388.91) | (38,506.91) | (31,127.77) | (20,056.64) | (26,544.68) | (14,176.02) | (10,956.52) | (26,194.51) | (16,648.63) | (2,045.22) | (42,212.28) | (3,100.85) | (265,958.94) |
| RETURNS &ALLOWANCES | 30490 | (715.80) | (199.80) | (654.26) | (555.90) | (1,442.04) | (227.71) | (80.49) | | (32.88) | | | (244.80) | (4,153.68) |
| CREDIT CARD PROCESSING FEES | 81550 | (2,910.48) | (2,743.27) | (2,894.38) | (3,084.35) | (4,038.79) | (3,225.32) | (3,382.82) | (2,324.72) | (2,234.77) | (2,872.54) | (1,973.13) | (3,503.70) | (35,188.27) |
| **NET REVENUES** | | **600,029.20** | **501,256.17** | **467,519.41** | **560,759.39** | **445,568.15** | **448,462.10** | **384,664.20** | **478,616.16** | **427,090.75** | **433,684.06** | **446,314.41** | **340,855.65** | **5,534,819.65** |
| ***COST OF GOODS SOLD*** | | | | | | | | | | | | | | |
| COST OF GOODS SOLD | 40000 | 398,326.22 | 311,033.39 | 282,148.46 | 333,524.33 | 264,467.64 | 258,918.78 | 222,538.93 | 246,813.36 | 239,801.45 | 233,216.74 | 287,029.84 | 190,667.20 | 3,268,486.34 |
| STANDARD COST VARIANCE | 40300 | | 16,543.95 | 15,763.95 | 20,452.04 | 7,866.72 | 871.60 | 3,757.08 | (1,715.28) | (3,124.78) | (5,416.97) | (1,177.17) | | 53,821.14 |
| OUT OF DATE INVENTORY | 92100 | 740.91 | 710.81 | 302.99 | 504.98 | 485.31 | 149.92 | 690.62 | 88.56 | 225.11 | 60,085.54 | 76.98 | 1.63 | 64,063.36 |
| SPOILS | 92300 | 179.77 | 207.49 | 258.43 | 185.56 | 223.71 | 18.59 | 99.18 | 66.88 | 230.64 | | 428.16 | | 1,898.41 |
| DAMAGES EXPENSE | 91700 | 78.63 | 88.09 | 70.50 | 188.37 | 305.64 | 370.99 | 118.80 | 110.08 | | 20.40 | 12.99 | 680.40 | 2,044.89 |
| FREIGHT IN - OREGON | 40410 | 658.04 | 553.69 | | 518.72 | 1,819.18 | 990.31 | 967.22 | 989.28 | 3,787.43 | 10,166.90 | 422.55 | 12,221.08 | 33,094.40 |
| FREIGHT IN - VERO | 40411 | 437.10 | 2,126.36 | 5,254.18 | | | | | 73.18 | | | | | 7,890.82 |
| FREIGHT TRANSFERS - OREGON TO VERO | 40415 | 4,476.00 | 3,400.00 | 12,548.16 | 7,152.19 | | | | | 338.37 | | | | 27,914.72 |
| **TOTAL COST OF GOODS SOLD** | | **404,896.67** | **334,663.78** | **316,346.67** | **362,526.19** | **275,168.20** | **261,320.19** | **228,245.01** | **246,691.25** | **240,919.85** | **298,072.61** | **286,793.35** | **203,570.31** | **3,459,214.08** |
| **GROSS PROFIT** | | **195,132.53** | **166,592.39** | **151,172.74** | **198,233.20** | **170,399.95** | **187,141.91** | **156,419.19** | **231,924.91** | **186,170.90** | **135,611.45** | **159,521.06** | **137,285.34** | **2,075,605.57** |
| ***DIRECT SELLING EXPENSES*** | | | | | | | | | | | | | | |
| FREIGHT OUT - CORPORATE - OREGON | 40400 | 6,295.17 | 9,523.08 | 8,917.53 | 11,910.87 | 8,624.31 | 2,735.67 | 3,553.25 | 2,051.86 | 9,686.09 | 10,181.54 | 3,270.32 | 1,176.62 | 77,926.31 |
| FREIGHT OUT - CORPORATE - VERO | 40401 | 5,577.06 | 5,163.34 | 15,439.64 | 15,032.32 | 9,229.20 | 3,742.76 | 3,009.19 | 2,228.30 | 2,210.70 | (842.56) | 4,402.29 | 4,188.97 | 69,381.21 |
| FREIGHT OUT - SMALL PACKAGE - OREGON | 40405 | | (1,261.27) | 4,230.07 | (1,056.29) | 2,277.86 | (1,289.57) | (1,341.90) | (579.34) | (629.45) | (595.23) | 7,283.11 | 7,201.32 | 14,239.31 |
| FREIGHT OUT - SMALL PACKAGE - VERO | 40406 | 14,229.75 | 18,901.03 | | | | 13,881.26 | 16,663.83 | 12,153.63 | 13,866.58 | 10,482.81 | 7,306.61 | 2,888.68 | 110,374.18 |
| FREIGHT INCOME SMALL PACKAGE | 40600 | (1,084.19) | | | | | | | | | | | | (1,084.19) |
| COMMISSIONS | 81620 | 15,578.90 | 14,483.88 | 18,248.02 | 27,424.99 | 13,248.81 | 13,398.00 | 14,741.14 | 14,182.16 | 12,711.82 | (85,012.32) | 14,100.00 | 14,100.00 | 87,205.40 |

**ORANGE PEEL ENTERPRISES INC.**
MONTHLY INCOME STATEMENT
For the Twelve Months Ended June 30, 2016

| | | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONS - INTERNET SALES | 81621 | 1,379.62 | 974.99 | 765.00 | 3,143.00 | 1,150.00 | 1,256.00 | 1,185.00 | | 1,010.00 | 993.00 | 864.00 | 1,090.00 | 13,810.61 |
| | | 41,976.31 | 47,785.05 | 47,600.26 | 56,454.89 | 34,530.18 | 33,724.12 | 37,810.51 | 30,036.61 | 38,855.74 | (64,792.76) | 37,226.33 | 30,645.59 | 371,852.83 |
| **OPERATING MARGIN** | | **153,156.22** | **118,807.34** | **103,572.48** | **141,778.31** | **135,869.77** | **153,417.79** | **118,608.68** | **201,888.30** | **147,315.16** | **200,404.21** | **122,294.73** | **106,639.75** | **1,703,752.74** |

**OPERATING EXPENSES**

**SALES & MARKETING**

| | | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYROLL AND TAXES - SALES & MARKETING | 80300 | 34,896.14 | 19,212.49 | 19,010.53 | 20,994.08 | 11,516.68 | 10,098.23 | 5,963.76 | 5,963.76 | 6,138.91 | 9,698.94 | 7,977.52 | 8,308.92 | 159,779.96 |
| INSURANCE: GROUP MEDICAL | 81750 | 598.82 | 637.28 | 637.28 | 637.28 | 637.28 | 429.64 | 222.00 | 222.00 | 222.00 | 222.00 | 222.00 | 672.00 | 5,359.58 |
| INSURANCE - W/C | 81732 | 80.68 | 43.72 | 43.72 | 45.71 | 19.28 | 16.90 | 9.68 | 9.68 | 10.11 | 15.91 | 13.20 | 12.84 | 321.43 |
| EMPLOYER IRA EXPENSE | 80923 | 696.47 | 529.48 | 529.48 | 585.92 | 321.80 | 160.90 | | | | | | | 2,824.05 |
| ADVERTISING - TRADE | 81120 | 5,700.00 | 10,150.00 | 3,985.37 | 4,124.93 | 2,000.00 | 3,620.00 | | | 800.00 | 400.00 | (2,912.42) | | 27,867.88 |
| ADVERTISING: RADIO | 81122 | | 4,500.00 | | | | | | | | (4,500.00) | 4,500.00 | | 4,500.00 |
| ADVERTISING: OTHER/CORPORATE | 81126 | 3,773.13 | 461.13 | 190.42 | | | | | 645.09 | | | | | 5,069.77 |
| ADVERTISING - DIGITAL | 81129 | 187.90 | | | | | | | 90.69 | | | | | 278.59 |
| ADVERTISING - CONSUMER | 81130 | | | | | | | | 322.88 | | | | | 322.88 |
| ADVERTISING: PUBLIC RELATIONS | 81128 | | 875.00 | | | | | | | | | | | 875.00 |
| ADVERTISING - SOCIAL MEDIA | 81141 | | 3,570.00 | (3,297.58) | | | | | | | | | | 272.42 |
| DEMOS | 90541 | 9,930.99 | 7,312.89 | 6,676.07 | 4,785.00 | 4,950.00 | 4,650.00 | 6,375.00 | 6,610.76 | 6,375.00 | 4,455.00 | 5,425.00 | 1,450.00 | 68,995.71 |
| DEMO EQUIPMENT | 90611 | 734.47 | | 0.97 | | | | | | | | | | 735.44 |
| SAMPLES | 91600 | 6,526.59 | 6,954.55 | 4,684.95 | 6,844.74 | 2,573.54 | 4,896.20 | 2,077.58 | 3,306.52 | 1,867.26 | 814.25 | 1,516.99 | 1,250.50 | 43,313.67 |
| PROF FEES - MARKETING | 90000 | 5,500.00 | 4,000.00 | 5,500.00 | 2,449.73 | 2,162.86 | | | | | | | | 19,612.59 |
| MARKETING-PROMO ITEMS | 90052 | | | | | | | | | | (10.00) | | | (10.00) |
| MERCHANDISING | 90302 | 6,200.00 | 7,050.00 | 1,750.00 | | 1,500.00 | 2,000.00 | 2,000.00 | 2,000.00 | 4,000.00 | | 2,000.00 | 2,000.00 | 30,500.00 |
| SHOWS/EXHIBITS/SPECIAL EVENTS | 90530 | 4,650.00 | | 2,000.00 | | | | | | | | | | 6,650.00 |
| SHOWS/EXHIBITS: NATIONAL | 90531 | | | | | | | | 3,595.00 | | | | | 3,595.00 |
| TRAVEL | 91313 | 188.47 | 4,697.08 | 775.00 | 984.67 | 75.00 | 75.00 | 150.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 7,320.22 |
| TRAVEL: TRANSPORTATION MARKET | 91319 | 3,201.11 | 1,536.50 | 662.31 | 991.40 | | | | | | | | | 6,391.32 |
| MEALS AND ENTERTAINMENT MARKET | 87531 | 349.22 | 134.00 | 604.88 | | 128.89 | | | | | | | | 1,216.99 |
| MEALS AND ENTERTAINMENT | 87532 | 22.64 | | 272.99 | | | 175.27 | | | | | | | 470.90 |
| | | 83,236.63 | 71,664.12 | 44,026.39 | 42,443.46 | 25,885.33 | 26,122.14 | 16,798.02 | 23,641.38 | 19,088.28 | 7,858.68 | 21,729.71 | 13,769.26 | 396,263.40 |

**WAREHOUSE & SHIPPING**

| | | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAGES: WAREHOUSE & SHIPPING | 80400 | 15,076.36 | 12,004.23 | 11,502.03 | 14,665.38 | 11,690.76 | 10,066.57 | 3,132.07 | 908.18 | 2,753.08 | 4,127.78 | 3,438.60 | 3,438.60 | 92,803.64 |
| INSURANCE: GROUP MEDICAL | 81751 | 444.00 | 444.00 | 444.00 | 444.00 | 444.00 | 333.00 | | | | | | | 2,553.00 |
| INSURANCE - W/C | 81733 | 184.80 | 147.32 | 141.92 | 170.65 | 135.27 | 150.25 | 109.32 | 109.32 | 109.77 | 101.86 | 68.72 | 67.84 | 1,497.04 |
| INSURANCE - LIFE | 81761 | | | | | | | | | | | | | 0.00 |
| EMPLOYER IRA EXPENSE | 80924 | 407.63 | 326.40 | 316.65 | 408.00 | 326.40 | 281.04 | 98.86 | 28.73 | 86.94 | 132.30 | 112.00 | 112.00 | 2,636.95 |
| FREIGHT - OTHER | 40420 | 159.57 | 639.71 | 1,324.06 | 400.00 | | 50.00 | 220.03 | 400.00 | 1,741.69 | 1,221.68 | 3,678.26 | | 9,835.00 |
| LEASE-FORK | 87110 | | | | 376.66 | 395.49 | 376.66 | 753.32 | | 376.66 | 376.66 | | | 2,655.45 |
| GAS AND OIL | 84050 | 849.52 | 534.76 | 600.07 | 69.01 | 52.64 | 776.60 | 300.00 | 112.87 | | 25.00 | | | 3,320.47 |
| POSTAGE | 89230 | 69.22 | | 124.17 | 915.34 | 668.98 | 568.74 | | 481.40 | | | | 142.57 | 2,970.42 |
| PRINTING | 89250 | 535.97 | 88.83 | 142.67 | 76.16 | 68.82 | 81.04 | 30.00 | 51.38 | 94.58 | | 52.67 | 106.81 | 1,328.93 |

# ORANGE PEEL ENTERPRISES INC.
## MONTHLY INCOME STATEMENT
### For the Twelve Months Ended June 30, 2016

| | | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRINTING PLATE CHARGES | 89261 | 1,861.91 | | | | | | | | | | | | 1,861.91 |
| PROPERTY TAXES | 91055 | | | | | | | 4,150.66 | | | | | | 4,150.66 |
| RENT: BUILDING | 90050 | 4,280.00 | 4,280.00 | 4,280.00 | | 1,112.37 | 2,585.58 | 3,315.38 | 2,766.57 | 2,766.59 | 2,766.59 | 2,766.59 | 2,766.59 | 33,686.26 |
| REPAIR AND MAINTENANCE: AUTOS | 90100 | | | | | | 105.00 | | | | | | | 105.00 |
| SUPPLIES: SHIPPING | 90624 | 1,504.00 | 883.04 | 1,679.84 | 3,222.13 | 101.91 | 401.28 | 1,826.88 | 234.00 | 708.00 | 377.50 | 999.68 | 48.61 | 11,986.87 |
| UTILITIES | 91530 | 1,845.66 | 1,726.38 | | 3,380.99 | 524.00 | 447.16 | 426.36 | | 1,319.52 | 332.27 | | 550.85 | 10,553.19 |
| WASTE AND DISPOSAL | 91560 | 84.19 | 112.48 | 55.49 | 138.98 | 69.49 | 367.80 | 187.32 | | 309.70 | 68.74 | | 170.72 | 1,564.91 |
| WAREHOUSE PROCESSING FEE | 92280 | | | | 200.00 | | | | | | | | | 200.00 |
| | | 27,302.83 | 21,187.15 | 20,610.90 | 24,467.30 | 15,590.13 | 16,590.72 | 14,550.20 | 5,092.45 | 10,266.53 | 9,530.38 | 11,116.52 | 7,404.59 | 183,709.70 |
| ***GENERAL & ADMINISTRATIVE*** | | | | | | | | | | | | | | |
| WAGES: GENERAL & ADMINISTRATIVE | 80150 | 63,748.52 | 50,640.92 | 47,316.04 | 54,898.97 | 41,617.97 | 46,652.20 | 35,891.42 | 35,479.35 | 27,706.23 | 23,410.37 | 11,029.76 | 11,029.76 | 449,421.51 |
| INSURANCE: GROUP MEDICAL | 81752 | 1,108.00 | 1,108.00 | 997.00 | 886.00 | 886.00 | 886.00 | 939.00 | 939.00 | 939.00 | 939.00 | 1,161.24 | 1,161.24 | 11,949.48 |
| INSURANCE - W/C | 81734 | 357.07 | 285.92 | 277.38 | 357.40 | 285.92 | 246.18 | 73.48 | 21.57 | 65.29 | 99.35 | 84.08 | 84.56 | 2,238.20 |
| EMPLOYER IRA EXPENSE | 80925 | 995.59 | 796.48 | 706.48 | 770.60 | 595.71 | 739.43 | 683.12 | 683.12 | 691.87 | 420.55 | 218.04 | 218.04 | 7,519.03 |
| SERVICE CHARGE | 81560 | 2,101.05 | 1,149.15 | 1,089.15 | 1,322.93 | 1,117.45 | 1,101.65 | 1,603.63 | 1,149.23 | 1,314.18 | 1,099.34 | 1,131.02 | 306.88 | 14,485.66 |
| COMPUTER: INTERNET SERVICES | 81615 | 106.68 | | | | 1,453.58 | 1,650.57 | | | 447.21 | | | | 3,658.04 |
| INSURANCE: BUSINESS | 81730 | | | 1,354.30 | | 441.51 | | 1,384.00 | 6,742.94 | | | | | 9,922.75 |
| INSURANCE: COMM UMBRELLA LIAB | 81740 | | 5,012.48 | 2,506.24 | 420.49 | 2,631.55 | 2,756.86 | | 4,229.80 | 2,220.64 | 2,220.64 | 2,114.90 | 2,826.78 | 26,940.38 |
| LAWN MAINTENANCE | 90150 | 600.00 | 263.20 | 120.68 | 66.00 | | 63.00 | | 61.00 | | 55.00 | | 55.00 | 1,283.88 |
| LEASE - COPIERS | 87120 | 249.09 | 249.09 | 249.09 | 249.09 | 520.33 | 302.97 | 570.00 | 197.30 | | 1.17 | 358.72 | 179.36 | 3,126.21 |
| LICENSES AND PERMITS | 87200 | 449.00 | 90.00 | | 310.00 | | 80.00 | | 365.00 | | 150.00 | | | 1,444.00 |
| MEMBERSHIP: BUSINESS ORGAN. | 87608 | 1,870.00 | | | | | | | | | | | | 1,870.00 |
| MEMBERSHIP: CLUB DUES | 87610 | | 96.30 | 96.30 | 96.30 | | 96.30 | | | | | | | 385.20 |
| OFFICE SECURITY/ALARM | 90170 | | | 60.00 | | | 25.00 | | | | | | 50.00 | 135.00 |
| PEST CONTROL | 90160 | 102.72 | 120.00 | 205.44 | 105.72 | 99.72 | 102.72 | 102.72 | 154.08 | 51.36 | 154.08 | 51.36 | 102.72 | 1,352.64 |
| PROF FEES: ACCOUNTING | 89300 | | 2,450.00 | | | | | | | | 5,000.00 | | | 7,450.00 |
| PROF FEES - COMPUTER SYSTEMS | 89310 | 802.50 | 1,016.50 | 2,033.00 | 1,016.50 | 1,016.50 | 1,016.50 | 950.00 | 1,016.50 | 1,016.50 | | 1,016.50 | 1,016.50 | 11,917.50 |
| PROF FEES: LABORATORIES | 89370 | 2,787.50 | 2,545.00 | 5,630.00 | 1,740.00 | 645.00 | 2,235.88 | 450.00 | 1,185.00 | 2,000.00 | 2,010.00 | 2,105.09 | 645.00 | 23,978.47 |
| PROF FEES: LEGAL | 89320 | | | | | 10,000.00 | | | 3,000.00 | | | | | 13,000.00 |
| PROF FEES: LEGAL TRADEMARK | 89330 | | 1,484.00 | | | | | | | | | | | 1,484.00 |
| PROF FEES: OTHER | 89350 | (125.00) | 2,170.00 | 18,458.94 | 26,432.82 | 16,458.94 | 10,898.94 | 10,898.94 | 4,296.35 | 17,348.94 | 17,123.94 | 17,398.94 | 20,898.94 | 162,260.69 |
| PROF FEES - PAYROLL PROCESSING | 89360 | 1,535.18 | 1,144.16 | 1,124.08 | 1,264.64 | 983.52 | 983.92 | 602.40 | 562.24 | 562.24 | 782.72 | 562.24 | 590.24 | 10,697.58 |
| PROF FEES: SOFTWARE SUPPORT | 89340 | | | 918.75 | | | | 1,618.75 | 450.00 | | | 90.00 | | 3,077.50 |
| REPAIR AND MAINTENANCE: OFFIC | 90130 | 649.12 | | 553.00 | 910.99 | 80.13 | 814.22 | 1,332.34 | | 518.00 | 319.41 | 105.00 | 225.00 | 5,507.21 |
| RESEARCH AND DEVELOPEMENT | 90200 | | | 58.68 | | | | | 217.37 | 243.00 | | | 804.85 | 1,323.90 |
| SUPPLIES - COMPUTER HW/SW | 90622 | 92.01 | | | | 104.99 | | | | | | | | 197.00 |
| SUPPLIES: KITCHEN (PUBLIX'S) | 90623 | 74.93 | | 36.51 | 4.09 | 275.35 | 0.58 | | 386.22 | | | 37.56 | | 815.24 |
| SUPPLIES: OFFICE | 90610 | 824.93 | 337.35 | 717.80 | 349.17 | 862.30 | | 733.18 | 4,348.76 | 79.90 | 181.88 | 369.22 | | 8,804.49 |
| TAXES: SALES TAX PAID | 91030 | 24.09 | 76.70 | 24.09 | 2.08 | 25.06 | | 432.40 | 180.99 | 48.47 | 31.48 | 80.37 | | 925.73 |
| TELEPHONE: OFFICE | 91100 | 721.12 | 732.44 | 1,151.05 | 745.71 | 746.91 | 959.50 | 785.88 | 780.33 | 509.43 | 1,124.54 | 817.30 | 818.47 | 9,892.68 |
| TELEPHONE: CELL PHONES | 91101 | 684.10 | 543.63 | 542.73 | | | 404.34 | 465.82 | 474.17 | 481.39 | 481.27 | 503.27 | 205.36 | 4,786.08 |
| TRAVEL: MISCELLANEOUS | 91321 | | | | | 554.56 | | | | | 50.00 | | | 604.56 |
| MEALS AND ENTERTAINMENT | 87530 | 444.42 | | | 55.37 | 82.58 | | | 291.52 | | 848.50 | | | 1,722.39 |
| UTILITIES | 91531 | 629.41 | 577.90 | 636.05 | | 579.91 | 522.29 | 494.19 | 411.36 | | 577.58 | 1,077.76 | 720.35 | 6,226.80 |
| MISCELLANEOUS | 91550 | | | 3.49 | 77.00 | | | | | | | 30.00 | | 110.49 |
| | | 80,832.03 | 72,889.22 | 86,866.27 | 92,081.87 | 82,065.49 | 72,539.05 | 60,011.27 | 67,623.20 | 56,293.65 | 57,030.82 | 40,342.37 | 41,939.05 | 810,514.29 |

**ORANGE PEEL ENTERPRISES INC.**
**MONTHLY INCOME STATEMENT**
**For the Twelve Months Ended June 30, 2016**

|  |  | July | August | September | October | November | December | January | February | March | April | May | June | **Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL OPERATING EXPENSES** |  | 191,371.49 | 165,740.49 | 151,503.56 | 158,992.63 | 123,540.95 | 115,251.91 | 91,359.49 | 96,357.03 | 85,648.46 | 74,419.88 | 73,188.60 | 63,112.90 | 1,390,487.39 |
| **OPERATING PROFIT** |  | (38,215.27) | (46,933.15) | (47,931.08) | (17,214.32) | 12,328.82 | 38,165.88 | 27,249.19 | 105,531.27 | 61,666.70 | 125,984.33 | 49,106.13 | 43,526.85 | 313,265.35 |
| OTHER INCOME | 30900 | (16,051.27) | 31,209.06 | (211.06) | (15.65) | 390.38 | 549.52 | (97.64) | (448.38) | 531.92 | 108.21 | (147.17) | 5,705.86 | 21,523.78 |
| BANK INTEREST EXPENSE | 91540 |  |  | (2,564.57) | (2,564.57) | (2,564.57) |  |  |  | (93.80) | (39.82) |  |  | (7,827.33) |
| INTEREST EXPENSE | 85100 | (2,581.35) | (2,579.53) | (13.12) | (5,994.95) | (2,964.47) | (2,564.57) | 2,942.41 | 212.35 | (8,452.73) | (5,729.60) | (5,542.78) | (5,658.36) | (38,926.70) |
| **TOTAL OTHER INCOME (EXPENSES)** |  | (18,632.62) | 28,629.53 | (2,788.75) | (8,575.17) | (5,138.66) | (2,015.05) | 2,844.77 | (236.03) | (8,014.61) | (5,661.21) | (5,689.95) | 47.50 | (25,230.25) |
| **PROFIT (LOSS) BEFORE INCOME TAXES** |  | (56,847.89) | (18,303.62) | (50,719.83) | (25,789.49) | 7,190.16 | 36,150.83 | 30,093.96 | 105,295.24 | 53,652.09 | 120,323.12 | 43,416.18 | 43,574.35 | 288,035.10 |
| PROVISION FOR FEDERAL INCOME TAXES | 91066 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PROVISION FOR STATE INCOME TAXES | 91067 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **PROVISION FOR INCOME TAXES** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **NET PROFIT (LOSS)** |  | (56,847.89) | (18,303.62) | (50,719.83) | (25,789.49) | 7,190.16 | 36,150.83 | 30,093.96 | 105,295.24 | 53,652.09 | 120,323.12 | 43,416.18 | 43,574.35 | 288,035.10 |

Printed 08/21/16 10:31 PM