# BLACK HELTERLINE LLP

ATTORNEYS AND COUNSELORS AT LAW

BRITTA E. WARREN
Email: bew@bhlaw.com
*Admitted in Oregon and Washington*

September 27, 2016



**VIA FEDERAL EXPRESS**

United States Bankruptcy Court
Southern District of Florida
Flagler Waterview Building
1515 North Flagler Drive
West Palm Beach, FL 33401

    Reference: *In re Orange Peel Enterprises, Inc.*
                 Case No. 16-21023-EPK

## REQUEST FOR SPECIAL NOTICE

Dear Clerk:

    Black Helterline LLP represents Betty Lou's, Inc., who is a creditor in the above-captioned bankruptcy matter. This serves as Betty Lou's, Inc.'s request for service of notices and pleadings. Please send copies of all notices and pleadings to:

    Britta E. Warren, Esq.
    Black Helterline LLP
    805 S.W. Broadway, Suite 1900
    Portland, OR 97205
    E-mail: bew@bhlaw.com

    If you have any questions or concerns, please feel free to contact me directly.

    Thank you.

    Sincerely,

    Britta E. Warren

BEW:hkt
1201929



805 SOUTHWEST BROADWAY · SUITE 1900 · PORTLAND OREGON 97205-3359
TELEPHONE 503.224.5560   FACSIMILE 503.224.6148   WWW.BHLAW.COM