UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

ORANGE PEEL ENTERPRISES, INC.,           CASE NO. 16-21023
                                         CHAPTER 11
        Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Brian K. McMahon, P.A., and files this notice of appearance on behalf of the Environmental Research Center, and requests that all pleadings or other papers filed in this case be mailed to:

Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401

I HEREBY CERTIFY that a copy of the foregoing was provided via electronic service to Robin Weiner, Trustee and via U.S. Mail to all parties on the mailing matrix this 27th day of October, 2016.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
 West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111

__s/ Brian K. McMahon_____
Brian K. McMahon
FL Bar No. 853704