UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.,                Case No. 16-21023-EPK

    Debtor.                                                                Chapter 11

_____/

**DEBTOR'S MOTION TO EXTEND: (A) PLAN AND DISCLOSURE STATEMENT FILING DEADLINES; AND (B) EXCLUSIVITY AND SOLICITATION PERIODS**

Debtor Orange Peel Enterprises, Inc. (the "Debtor"), by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) and 11 U.S.C. 1121(d)(1), hereby requests that the Court extend, by sixty-one days: (a) the deadline for the Debtor to file a plan and disclosure statement; and (b) the 11 U.S.C. § 1121(b) and (c)(3) exclusivity and solicitation periods. In support, the Debtor states as follows:

1. The Debtor is in the business of formulation, manufacture, and wholesale distribution of health food products and supplements under the Greens+® brand and brand extensions.

2. On August 9, 2016, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Pursuant to Bankruptcy Code §§ 1107(a) and 1108, the Debtor is operating its business and managing its affairs as a debtor in possession. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this Chapter 11 case.

3. By the Debtor's estimate, the Debtor owns assets totaling $5,639,131.95, ECF No. 22, p.2, and generated gross revenue of $6,045,626.41 in the twelve months ending on June 30, 2016. However, the Debtor was unfortunately forced to seek bankruptcy protection after it suffered a dramatic reduction in income due to the actions of prior management and was also served with two substantial lawsuits. ECF No. 10 and ECF No. 22, pp.17, 18, 24, and 25.

4. Pursuant to 11 U.S.C. § 1121(b), the Debtor has the exclusive right to file a chapter 11 plan for a period of 120 days following the Petition Date (the "Exclusive Filing Period"). Further, under 11 U.S.C. § 1121(c)(3), the Debtor has the balance of 180 days after the Petition Date to solicit acceptances of such plan (the "Exclusive Solicitation Period").

5. Based on the date of the Debtor's petition, the Exclusive Filing Period expires on December 7, 2016 and the Exclusive Solicitation Period expires on February 5, 2017.

6. Moreover, pursuant to the Court's *Order Shortening Time for Filing Proofs of Claim, Establishing Plan and Disclosure Statement Filing Deadlines, and Addressing Related Matters* [ECF No. 38], the Debtor's deadline to file a chapter 11 plan and disclosure statement (the "Plan Deadline") is December 7, 2016.

7. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) and 11 U.S.C. 1121(d)(1), the above-referenced deadlines and periods may be extended for cause.

8. The Bankruptcy Code does not define "cause" for extending such deadlines and periods. In determining whether cause exists, courts have therefore relied on a variety of factors, each of which may provide sufficient grounds for extending the periods. The factors include, but are not limited to: (i) the size and complexity of the case; (ii) the necessity of sufficient time to negotiate and prepare adequate information; (iii) the existence of good faith progress toward reorganization; (iv) whether the debtor is paying its debts as they come due; (v) whether the debtor has demonstrated reasonable prospects for filing a viable plan; (vi) whether the debtor has made progress negotiating with creditors; (vii) length of time the case has been pending; (viii) whether the debtor is seeking an extension to pressure creditors; and (ix) whether unresolved contingencies exist. *In re Friedman's Inc.*, 336 B.R. 884, 888 (Bankr. S.D. Ga. 2005). The Debtor submits that several of the factors and the particular circumstances of this case combine

to warrant extension of the Plan Deadline, the Exclusive Filing Period, and the Exclusive Solicitation Period.

9. The Debtor has only been in bankruptcy since August of 2016. The Debtor is generally paying its post-petition debts as they come due and is not seeking the requested extensions as a means to pressure creditors. Rather the Debtor is seeking the extensions in order to formulate a plan that satisfies allowed claims. Originally, the Debtor intended to propose a plan providing for a sale of substantially all of the Debtor's assets which would enable the Debtor to fully satisfy all allowed claims. In pursuit of this goal, the Debtor hired an investment banker to market the Debtor's assets. ECF No. 40. Unfortunately, the offers received by the Debtor thus far have been insufficient to meet the Debtor's allowed claim payment goals. The Debtor therefore needs to shift to a reorganization funded by debtor in possession financing and is making good faith progress toward effectuating this shift. Therefore, cause exists to grant the requested extensions.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order: i) extending the Plan Deadline and Exclusive Filing Period through February 6, 2017; and ii) extending the Exclusive Solicitation Period through April 6, 2017.

    Respectfully Submitted,

    **SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.**
    Attorneys for Debtor
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047

    By: */s/ Eric Pendergraft*
        Bradley S. Shraiberg
        Florida Bar No. 121622
        bshraiberg@sfl-pa.com
        Eric Pendergraft
        Florida Bar No. 91927
        ependergraft@sfl-pa.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on December 7, 2016.

*/s/ Eric Pendergraft*
Eric Pendergraft

{2081/000/00351697}4