UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

ORANGE PEEL ENTERPRISES, INC.       CASE NO. 16-21023-BKC-EPK
                                     CHAPTER 11
　　　　Debtor.
_____/

## LIMITED OBJECTION TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTOR BY JASON BURATTI, ESQ. AND BURATTI P.A. (ECF 83)

COMES NOW, Creditor, ALTERNATIVE LABORATORIES, LLC (hereinafter "Alternative"), by and through the undersigned counsel, hereby files this Limited Objection to First Interim Application for Compensation and Reimbursement of Expenses as Special Counsel for the Debtor by Jason Buratti, Esq. and Buratti P.A. (ECF 83) and states:

1.　　Alternative is both a creditor as well as a vendor currently doing business with the Debtor.

2.　　Debtor's special counsel for corporate matters filed a First Interim Fee Application (ECF 83), requesting an immediate payment of $54,563.91.

3.　　Subsequent to the filing of this Fee Application, Alternative was contacted by Mr. Buratti seeking to have Alternative extend credit and shipping smaller parcels weekly to avoid a conversion to Chapter 7. At this time, Alternative is assisting Debtor in an effort to prevent such conversion.

4.　　Alternative normally requires a deposit upon taking an order with a balance payable upon delivery. As of this filing, there are open and outstanding invoices in the amount of $61,516.76. See attached Exhibit "A".

5.　　Alternative does not object to the awarding of the fees per se but does

object to the Debtor expending its limited resources to pay such attorney fees while Alternative has current and outstanding invoices that are not being paid in the normal course.

6. Undersigned counsel has been in communication with Bankruptcy Counsel for the Debtor and hopes that this matter is resolved prior to the hearing on January 18, 2017 and the day to day operations of the Debtor will not be effected by the payment of any fees requested herein.

7. Until such time as the ability of Debtor to meet its weekly and monthly obligations to Alternative is back to normal, Alternative would object to any such fees being paid at this time.

WHEREFORE, ALTERNATIVE LABORATORIES, LLC, requests this Court to the extent any fees are awarded that such fees are not to be distributed until such time as Alternative is paid to date and for any other further relief.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically where available or by regular mail to all those enumerated on the attached list this 13th day of January, 2017.

> RAPPAPORT OSBORNE & RAPPAPORT, PL
> Attorneys for Alternative
> Suite 203, Squires Building
> 1300 North Federal Highway
> Boca Raton, Florida 33432
> Telephone: (561) 368-2200
>
> BY:_____/s/_____
>   JORDAN L. RAPPAPORT, ESQ.
>   FL Bar No. 108022

## SERVICE LIST

- Brian K. McMahon    briankmcmahon@gmail.com, arleneoberg@gmail.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Eric S Pendergraft    ependergraft@sfl-pa.com, dwoodall@sfl-pa.com;scusack@sfl-pa.com;ematteo@sfl-pa.com;bshraibergecfmail@gmail.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

to all creditors on the attached mailing matrix

1/13/2017

**Alternative Laboratories**
**OrangePeel Enterprises (Greens+)**
**Customer Open Balance**
November 2016 & December 2017 Purchase Orders

### November 2016 & December 2017 Purchase Orders

| PO # | PO completion date | PO DESCRIPTION | sales order total | Deposits PAST DUE | Deposits Received | TOTAL current amount due | # of Bottles ready to ship |
|---|---|---|---|---|---|---|---|
| 3762 | 12/23/2016 | Advanced Multi Raw | $ 37,110.00 | $ 18,555.00 | $ - | $ 37,218.41 | 2,985 BTLS FG READY TO SHIP |
| 3761 | 11/18/2016 | Organic Amazon Chocolate | $ 11,190.00 | | $ 5,497.50 | $ 5,553.23 | 1478 BTLS FG READY TO SHIP |
| 3764 | 12/30/2016 | Advanced Multi Vanilla Chai | $ 22,501.87 | | $ 11,235.00 | $ 11,266.87 | 1486 BTLS FG READY TO SHIP |
| 3767 | 2/24/2017- lead time 6 weeks from receipt of deposit | Bulk Bar | $ 14,566.50 | | $ 7,283.25 | $ 7,478.25 | |
| | | | | $ 18,555.00 | $ 16,732.50 | $ 61,516.76 | |

Exhibit "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-21023-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Jan 13 13:12:58 EST 2017 | Alternative Laboratories LLC<br>c/o Rappaport Osborne Rappaport & Kiem<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Betty Lou's Inc.<br>c/o Britta E. Warren, Esq<br>805 S.W. Broadway #1900<br>Portland, OR 97205-3359 |
| Environmental Research Center<br>c/o Brian K. McMahon<br>1401 Forum Way<br>6th Floor<br>West Palm Beach | Orange Peel Enterprises, Inc.<br>1109 19th Street<br>Vero Beach, FL 32960-3520 | A&A Supply<br>1230 SE Industrial Blvd<br>Port Saint Lucie FL 34952-3503 |
| Alternative Labs<br>2190 Kirkwood Ave<br>Naples, FL 34112-4702 | Bambi Lowenstein<br>690 Timber Ridge Trail, Unit 102<br>Vero Beach, FL 32962-5522 | Betty Lou's Inc.<br>PO Box 537<br>McMinnville, OR 97128-0537 |
| Brickell Bay Management<br>PO Box 121025<br>Melbourne, FL 32912-1025 | Brighter Logistics<br>13464 Canal Rd<br>Sterling Heights MI 48313-1908 | Britta E. Warren, Esq.<br>Black Helterline LLP<br>805 SW Broadway, Suite 1900<br>Portland, OR 97205-3359 |
| Chris De Senzo<br>6813 Regents Village Way<br>Apollo Beach, FL 33572-1506 | Christopher & Weisberg, P.A.<br>200 East Law Olas Blvd, Suite 2040<br>Fort Lauderdale FL 33301-2240 | City of Vero Beach<br>PO Box 1389<br>Vero Beach FL 32961-1389 |
| Comcast<br>PO Box 105184<br>Atlanta, GA 30348-5184 | DiSalvo & Associates, P.A.<br>1760 N. Job Road, Suite 150<br>West Palm Beach, FL 33411 | Environmental Research Center<br>3111 Camino del Rio N., Suite 400<br>San Diego, CA 92108-5724 |
| Environmental Research Center<br>c/o Tanya Gulesserian, Christina Caro<br>Adams Broadwell Joseph & Cardozo<br>601 Gateway Blvd, Suite 1000<br>South San Francisco, CA 94080-7037 | Environmental Research Center, Inc<br>c/o Inhouse Counsel<br>306 Joy St<br>Fort Oglethorpe, GA 30742-3206 | Florida Copy Center<br>755 8th Ct, Suite 8<br>Vero Beach FL 32962-1668 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | George Lake<br>23 Pine Ridge Way<br>Carver, MA 02330-1562 | Glenn Morgan<br>8011 North I70 Frontage Rd<br>Arvada, CO 80002-4417 |
| GlobalTranz Ent, Inc.<br>PO Box 203285<br>Dallas, TX 75320-3285 | GlobalTranz Enterprises, Inc.<br>7350 N. Dobson Rd. Suite 130<br>Scottsdale, AZ 85256-2711 | Hunter Communications<br>709 Silver Palm Ave, Suite G<br>Melbourne FL 32901-4803 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff Manning<br>75 Hidden Bluff Lane<br>Horse Shoe, NC 28742-5763 |

| | | |
|---|---|---|
| JoAnn Kosek<br>2732 NW Sunset Ct<br>Camas, WA 98607-8059 | Jude A. Deauville<br>11555 Roseland Rd<br>Sebastian, FL 32958-4488 | Jude Deauville<br>11555 Roseland Rd<br>Sebastian, FL 32958-4488 |
| Liberty Cartridge Source<br>4260 Dow Rd, Suite 403<br>Melbourne FL 32934-9294 | Mike Hornfeld<br>1058 SW 42nd Terrace<br>Deerfield Beach, FL 33442-8248 | Nason Yeager Gerson White & Lioce<br>3001 PGA Blvd, Ste 305<br>Palm Beach Gardens, FL 33410-2896 |
| National Sales Associates, LLC<br>PO Box 547<br>Stroudsburg, PA 18360-0547 | National Sales Associates, LLC<br>c/o David Glassberg, Esq.<br>Glassberg and Glassberg, PA<br>13611 S. Dixie Hwy #109-514<br>Miami, FL 33176-7258 | Nozzle Nolan<br>428 Old Dixie Hwy SW<br>Vero Beach FL 32962-3587 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Republic<br>3905 Oslo Road<br>Vero Beach FL 32968-4904 |
| Roadtex Transportation<br>13 Jensen Drive<br>Somerset NJ 08873-1393 | Ryan Schierts<br>S99W33125 Genevieve Dr.<br>Mukwonago, WI 53149-8306 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 |
| SF Properties/19 Street Group, LLC<br>Care of Lambert<br>2945 320th Street<br>Vero Beach, FL 32960 | SPS Commerce<br>PO Box 205782<br>Dallas TX 75320-5782 | Sally Byrd<br>324 S. Ocean Trace Rd<br>Saint Augustine, FL 32080-6166 |
| Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Steven Cohen<br>404 Mangrove Pt<br>Jupiter, FL 33458-8354 | Summer Rathswohl<br>210 Roswell Ave<br>Long Beach, CA 90803-1533 |
| Tara Brenning<br>6940 Concord Bend Dr.<br>Powell, OH 43065-8900 | The Lani Deauville Family Trust<br>11555 Roseland Rd<br>Sebastian, FL 32958-4488 | Tim Dunklee<br>3824 Cedar Springs Rd<br>#8014645<br>Dallas, TX 75219-4136 |
| Time Payment<br>PO Box 643749<br>Pittsburgh, PA 15264-3749 | U.S. Bank, N.A. dba U.S. Bank Equipment Fina<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6235 |
| US Bancorp Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Bancorp Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 |

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
PO Box 6426
Carol Stream, IL 60197-6426

Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Eric S Pendergraft
Shraiberg, Ferrara & Landau, P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

James F. Martin
2601 S Bayshore Dr #725
Miami, FL 33133-5419

Jason Buratti
7935 E Dr #804
North Bay Village, FL 33141-3693


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Alejandro Madrigal
**DELETED**

(u)Antonio Boles
**DELETED**

(u)John Schenck
**DELETED**

(u)Lauren Bevins
**DELETED**

(u)LuAnne Fitzgerald
**DELETED**

(d)Time Payment Corp.
PO Box 643749
Pittsburgh, PA 15264-3749

End of Label Matrix
Mailable recipients    67
Bypassed recipients     7
Total                  74