UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

ORANGE PEEL ENTERPRISES, INC.,                    CASE NO. 16-21023
                                                  CHAPTER 11
        Debtor.
_____/

**<u>OBJECTION TO DEBTOR'S EXPEDITED MOTION FOR POST-PETITION FINANCING</u>**

COMES NOW, Environmental Research Center ("ERC"), by and through undersigned counsel, and files this Objection to Debtor's Expedited Motion for Interim and Final Orders (A) Authorizing Debtor to Obtain Post-Petition Financing and Granting Super-Priority Administrative Expense Claim and First Priority Lien Position, and states:

1. On January 26, 2017, the Debtor filed an Expedited Motion to Approve Sale Procedures, Break-Up Fee, Form and Manner of Sale Notice, Manner of Assumption and Assignment of Executory Contracts and Unexpired Leases, and Setting Final Hearing Theron, in addition to Motion to Sell Free and Clear of Liens (the "Sale Motion").

2. Pursuant to the Sale Motion, Greens Plus, LLC, is to purchase substantially all of the Debtor's assets for $305,000.00.

3. The agreement also provides that Greens Plus will be allowed a credit bid of $150,000.00 for any loans provided and approved by the Court.

4. The Debtor than filed the instant motion to borrow the $150,000.00 referred to in the Sale Motion.

5. The result of these two pending motions, if approved, is that the Debtor will net $155,000.00. There is an administrative claim of $102,869.73. Other administrative claims will likely be close to $40,000.00 or $50,000.00 resulting in no distribution to unsecured creditors.

6. Further, the only one benefitting from these transactions is the principal of the Debtor, Jude

Deauville.

7. There is no reason that these motions should be granted on an expedited basis.

8. More time should be given to further investigate this transaction.

9. Further, if the Debtor has no ability to reorganize and there are insufficient assets to be distributed to creditors, the case should be converted or an independent examiner should be appointed for the review of the transaction.

I HEREBY CERTIFY that a copy of the foregoing was provided electronically this 31st day of January, 2017 to

David B Marks on behalf of Creditor Greens Plus, LLC
brett.marks@akerman.com,

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric S Pendergraft on behalf of Debtor Orange Peel Enterprises, Inc.
ependergraft@sfl-pa.com

Jordan L Rappaport, Esq on behalf of Creditor Alternative Laboratories LLC
office@rorlawfirm.com

Bradley S Shraiberg on behalf of Debtor Orange Peel Enterprises, Inc.
bshraiberg@sfl-pa.com

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111

__s/ Brian K. McMahon_____
Brian K. McMahon
FL Bar No. 853704