UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.,  Case No. 16-21023-EPK

Debtor.  Chapter 11
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:
[ ] Plaintiff                              [ ] Defendant
[X] Debtor                                 [ ] Other - Creditor

Date of Hearing: February 8, 2017
Type of Hearing:

HEARING ON DEBTOR'S EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING AND GRANTING SUPER-PRIORITY ADMINISTRATIVE EXPENSE CLAIM AND FIRST PRIORITY LIENT POSITION PURSUANT TO 11 U.S.C. §§ 105 AND 364, AND FED.R.P. 4001(c); AND (B) SCHEDULING FINAL HEARING

SUBMITTED BY:



SHRAIBERG, FERRARA,
LANDAU & PAGE, P.A.
Attorneys for Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@sfl-pa.com

By:___/s/ Bradley S. Shraiberg_____
    Bradley S. Shraiberg, Esq.
    Florida Bar No.: 121622

{2081/000/00356465}

| Exhibit # | Description | Admitted/Refused | Not Introduced |
|---|---|---|---|
| 1 | DIP Budget | AD | |
| 2 | Current webpage for +PlusBar Energy Chocolate | AD | |
| 3 | Current webpage for +PlusBar Protein Whey Krisp | AD | |
| 4 | Current webpage for Camu Camu Vitamin C Caps | AD | |
| 5 | Current webpage for Greens Plus Original Superfood Capsules | AD | |
| 6 | Current webpage for Thermo Lean | AD | |

{2081/000/00356465}