UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ORANGE PEEL ENTERPRISES, INC.,   Case No. 16-21023-EPK

   Debtor.   Chapter 11
_____/

### NOTICE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that the Effective Date of the *Debtor's Chapter 11 Plan of Liquidation* [ECF No. 173] occurred on or about September 21, 2017.

Dated: September 22, 2017

                                      SHRAIBERG, LANDAU & PAGE, P.A.
                                      Attorneys for Debtor
                                      2385 NW Executive Center Drive, #300
                                      Boca Raton, Florida 33431
                                      Telephone: 561-443-0800
                                      Facsimile: 561-998-0047

                                      By:   */s/ Eric Pendergraft*          
                                              Eric Pendergraft
                                              Florida Bar No. 91927
                                              ependergraft@slp.law

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

{2081/000/00374842}                              1

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 22nd day of September, 2017.

                                                       */s/ Eric Pendergraft*
                                                         Eric Pendergraft